Name and Prisoner/Booking Number: Daniel Silva 2583707
Place of Confinement: Sacramento County Jail
Mailing Address: 651 I st.
City, State, Zip Code: Sac. CA 95814

FILED
JAN - 4 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____, )
(Full Name of Plaintiff)     Plaintiff, )
                                       )
              v.                       )  CASE NO. 2:18-CV-17 DB ___ PC
(1) Sac County                         )  (To be supplied by the Clerk)
(Full Name of Defendant)               )
(2) CA. Dep't of Justice               )
                                       )  **CIVIL RIGHTS COMPLAINT**
(3) _____,   )  **BY A PRISONER**
                                       )  Jury Trial Demanded!
(4) _____,   )  ☒ Original Complaint
              Defendant(s).            )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento, CA.

## B. DEFENDANTS

1. Name of first Defendant: **Deputy Hopeck**. The first Defendant is employed as: **Deputy Sheriff** (Position and Title) at **Sac. Co. Main Jail** (Institution).

2. Name of second Defendant: **Deputy Carpenter**. The second Defendant is employed as: **Deputy Sheriff** (Position and Title) at **Sac. Co. Main Jail** (Institution).

3. Name of third Defendant: **Sheriff Scott Jones**. The third Defendant is employed as: **Sheriff** (Position and Title) at **Sac. Co. Main Jail** (Institution).

4. Name of fourth Defendant: **Gov Jerry Brown**. The fourth Defendant is employed as: **Govornor** (Position and Title) at **CA. Dept of Justice** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

    a. First prior lawsuit:
    1. Parties: **N/A** v. _____
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    b. Second prior lawsuit:
    1. Parties: **N/A** v. _____
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c. Third prior lawsuit:
    1. Parties: **N/A** v. _____
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __14th Amendment__ __Due Process__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Deputy Hopeck injured my left wrist and arm severely by grabbing and twisting my arm and hand to the point of severe injury! For no reason, Deputy Carpenter then threw me to the ground and kicked me repeatedly in the ribs! And he then threatened to use a tazer on me next time! It is Sheriff Scott Jones' policy to use excessive force!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Left hand, wrist and elbow are very swollen and sore! Plus my ribs are super sore and I've lost hearing in my left ear when I hit my head from being tackled.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: __14th Amendment Due process__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: __Defamation__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    My misdameanor conviction for Drunk In Public is being reported as a PC647, which is a sex crime. They say it's Felony Prostitution! I've also been told it's Annoy of Molesting a Child! Of course this is extremely wrong! Jerry Brown is responsible for state mistakes because the constitutional deprivation is caused by Gov Brown's policies.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    I've been beat up and threatened and am put in protective custody in Jail with real child molesters and child killers!

5. **Administrative Remedies.**
    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
    c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking: $1,500,000.00 Plus I want the Department of Justice to stop reporting false convictions, and report only correct information!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/27/17
           DATE

_____
SIGNATURE OF PLAINTIFF

Jon Humes
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6